UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY HILL, and
TANYA HILL,

        Plaintiffs,

vs.

        Case No. 04-CV-72591
        HON. GEORGE CARAM STEEH

JAMIE D. JURCHUK,
VERSPEETEN CARTAGE LIMITED,
a foreign corporation, and
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
a foreign corporation,

        Defendants.
_____/

## ORDER DENYING DEFENDANT STATE FARM'S MOTION FOR SUMMARY JUDGEMENT (#25)

For the reasons placed on the record at a July 13, 2005 hearing, defendant State Farm Mutual Automobile Insurance Company's motion for summary judgment of plaintiffs' claim for uninsured motorist insurance benefits is hereby DENIED.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: July 13, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on July 13, 2005, by electronic and/or ordinary mail.

        s/Josephine Chaffee
        Secretary/Deputy Clerk